UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
YENSY CONTRERAS, :
:
Plaintiff, :
: 21-CV-9434 (JMF)
-v- :
: ORDER
SCRUB DADDY, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that all parties appear for a conference with the Court on **January 7, 2022**, at **10:00 a.m.**

    The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                          JESSE M. FURMAN
                                                          United States District Judge