

Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jcharo@mizrahikroub.com
www.mizrahikroub.com

January 5, 2022

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Contreras v. Scrub Daddy, Inc.*; Case No. 1:21-cv-09434

Dear Judge Furman:

      We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for January 7, 2022, at 10:00 a.m. The parties request this adjournment to allow time for settlement negotiations to continue in earnest and allow the parties to come to a resolution without the need for further Court intervention. Plaintiff requests the adjournment on consent, and this is the first request for adjournment. Plaintiff provides the dates February 11, 2022, February 14, 2022 and February 16, 2022 as alternative dates for the conference.

      Thank you for your consideration in this matter.

                                Respectfully submitted,
                                */s/ Jarrett S. Charo*
                                JARRET S. CHARO

cc:    All Counsel of Record (via ECF)

Application GRANTED. The conference scheduled for January 7, 2022, is hereby ADJOURNED to **February 16, 2022,** at **3:45 p.m.** The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

January 6, 2022