UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YENSY CONTRERAS, :
:
                Plaintiff, :      21-CV-9434 (JMF)
:
    -v- :      <u>ORDER</u>
:
SCRUB DADDY, INC., :
:
                Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The initial pretrial conference currently scheduled for February 16, 2022, at 3:45 p.m., is hereby rescheduled to **February 18, 2022**, at **10:30 a.m.** In light of the COVID-19 situation, the Court will not hold the upcoming conference in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. Counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: February 7, 2022
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge